1  M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com
   JEFFREY D. WOHL (SB# 96838) jeffwohl@paulhastings.com
2  ZACH HUTTON (SB# 234737) zachhutton@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  Twenty-Fourth Floor
   55 Second Street
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100

6  Attorneys for Defendant
   UBS FINANCIAL SERVICES INC.
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | BROOKS LEWIS, on behalf of himself, all others similarly situated, and the general public, | CASE NO. 4:10-CV-04867-SBA
12 | | **ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL**
13 | Plaintiff, |
14 | vs. |
15 | UBS FINANCIAL SERVICES INC., a Delaware corporation, and DOES 1 through 50 inclusive, | **Civil Local Rules 7-11 and 79-5**
16 | |
17 | Defendants. |

28  LEGAL_US_W # 66570067.2

CASE NO. 4:10-CV-04867-SBA                    [PROPOSED] ORDER GRANTING JOINT MOTION
                                              TO FILE DOCUMENTS UNDER SEAL

1  Having considered the parties Joint Administrative Motion To File Materials Under Seal ("Motion to Seal"), and good cause appearing therefor,

IT IS ORDERED that the Motion to Seal is hereby GRANTED.  UBS may file under seal those portions of its pleadings that disclose the compensation that UBS paid to plaintiff Brooks Lewis and putative class members, and the amounts of loans that UBS paid to putative class members.

DATED:  1/18/11

_____
Sandra Brown Armstrong
United States District Judge

LEGAL_US_W # 66570067.2                -1-

CASE NO. 4:10-CV-04867-SBA

[PROPOSED] ORDER GRANTING JOINT MOTION TO FILE DOCUMENTS UNDER SEAL