William P. Torngren (Cal. Bar No. 58493)
**LAW OFFICES OF WILLIAM P. TORNGREN**
117 J Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 554-6447
Facsimile:   (916) 554-6445
E-mail:  torngren@torngrenlaw.com

Scot D. Bernstein (Cal. Bar No. 94915)
**LAW OFFICES OF SCOT D. BERNSTEIN**
**A Professional Corporation**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone:  (916) 447-0100
Facsimile:   (916) 933-5533
E-mail:  swampadero@sbernsteinlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS LEWIS, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>UBS FINANCIAL SERVICES, INC., a Delaware corporation, and DOES 1 through 50 inclusive,<br><br>Defendants. | **Case No. 4:10-CV-04867-SBA**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION**<br><br>Date:          April 19, 2011<br>Time:          1:00 p.m.<br>Courtroom:  1<br>Before the Honorable Saundra B. Armstrong |

This Stipulation is based upon the following:

1.  Plaintiff brings this putative employment class action, and Defendant has removed it to this Court.

2.  Defendant filed its Motion to Compel Arbitration and Dismiss or Stay All Proceedings ("Motion") on January 21, 2011.

3.  The first available hearing date for the Motion was April 19, 2011.

/ / / /

-2-

4. Since the filing of the Motion, Plaintiff's attorneys have been scheduled for matters which affect their ability to file a timely opposition.

5. The parties desire to accommodate these scheduling issues while preserving the hearing set for April 19, 2011.

Therefore, Plaintiff and Defendant, through their counsel, stipulate to the following and respectfully request an order to this effect:

1. The date for filing Plaintiff's opposition to the Motion is continued until April 5, 2011, or two weeks before the scheduled hearing date of April 19, 2011.

2. The date for filing Defendant's reply to the opposition is continued until April 12, 2011, or one week before the scheduled hearing date of April 19, 2011.

3. The hearing shall remain set for April 19, 2011, at 1:00 p.m., in Courtroom 1 before the Honorable Saundra B. Armstrong.

Dated: March 25, 2011

**LAW OFFICES OF SCOT D. BERNSTEIN**
**A Professional Corporation**

**LAW OFFICES OF**
**WILLIAM P. TORNGREN**

By  /s/ William P. Torngren

Attorneys for Plaintiff

Dated:  March 25, 2011

M. Kirby C. Wilcox
Jeffrey D. Wohl
Zach Hutton
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**

By  /s/ Zach Hutton

Attorneys for Defendant
UBS FINANCIAL SERVICES, INC.

Pursuant to General Order No. 45, § X.B, I attest that I obtained concurrence regarding filing of this document from each of the signatories to the document.

Dated: March 25, 2011                                   By  /s/ William P. Torngren

William P. Torngren

-3-

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED** that (a) the date for filing Plaintiff's
2    opposition to Defendant's Motion To Compel Arbitration and Dismiss or Stay All Proceedings
3    ("Motion") is continued until April 5, 2011, or two weeks before the scheduled hearing date of
4    April 19, 2011, (b) the date for filing Defendant's reply to the opposition is continued until April
5    12, 2011, or one week before the scheduled hearing date of April 19, 2011, and (c) the hearing
6    on the Motion will remain set for April 19, 2011, at 1:00 p.m., in Courtroom 1 before the
7    Honorable Saundra B. Armstrong.

_____
SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE